UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH SOARES,

*Plaintiff,*

v.

HASBRO, INC.,

*Defendant.*

C.A. No. 1:22-cv-00450-MSM-LDA

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action, with prejudice, with all rights of appeal waived, and with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| Plaintiff,<br>By his attorneys, | Defendant,<br>By its attorneys, |
| /s/ *Paige Munro-Delotto*<br>Paige Munro-Delotto, Ph.D., Esq. (#9291)<br>MUNRO-DELOTTO LAW, LLC.<br>400 Westminster St., Suite 200<br>Providence, RI 02903<br>Tel: (401) 521-4529<br>Fax: (401) 593-9755<br>paige@pmdlawoffices.com | /s/ *Leslie D. Parker*<br>Patricia K. Rocha (#2793)<br>Leslie D. Parker (#8348)<br>Christopher Yagoobian (#10122)<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>Tel: (401) 274-7200<br>Fax:  (401) 351-4607<br>procha@apslaw.com<br>lparker@apslaw.com<br>cyagoobian@apslaw.com |
| Jeffrey M. Sheehan, Esq. (#9627)<br>The Law Offices of Jeffrey M. Sheehan<br>400 Westminster St., Suite 200<br>Providence, RI 02903<br>Tel: (401) 415-0526<br>Fax: (401) 900-5473<br>jeff@jmslawoffices.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I electronically filed the herein documents with the United States District Court for the District of Rhode Island by using the *CM/ECF* system. I further certify that all counsel of record are registered as CM/ECF Filers and that they will be served by the *CM/ECF* system.

    /s/ Paige Munro-Delotto